In the Matter of the Claim of JOSEPH O'CONNELL, Respondent, for Compensation under the Workmen's Compensation Law, v. MODERN MACHINE TOOL COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed on the opinion in *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided herewith.

In the Matter of the Claim of HENRY HOMANN, Respondent, for Compensation under the Workmen's Compensation Law, v. BENJAMIN E. WEEKS, Employer, and the EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed on the opinion in *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided herewith.

In the Matter of the Claim of ABRAHAM KOSSOFF, Respondent, for Compensation under the Workmen's Compensation Law, v. R. H. MACY & COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed on the opinion in *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided herewith.

In the Matter of the Claim of ANDREA MARTELLIANO, Respondent, for Compensation under the Workmen's Compensation Law, v. O'MARA SPECIALTY COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed on the opinion in *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided herewith.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UTICA SUNDAY TRIBUNE COMPANY, Appellant, v. FRANCIS M. HUGO, as Secretary of the State of New York, and GARRY A. WILLARD, Respondents.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOSTON AND MAINE RAILROAD, Relator, v. SEYMOUR VAN SANTVOORD and Others, Constituting the Public Service Commission of the State of New York for the Second District, and WEST VIRGINIA PULP AND PAPER COMPANY, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.